NOVEMBER 6, 1992

No. 92–583. FLORIDA HOUSE OF REPRESENTATIVES ET AL. *v.* UNITED STATES DEPARTMENT OF COMMERCE. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

NOVEMBER 9, 1992

No. 92–478. ARIZONA HISPANIC COMMUNITY FORUM *v.* SYMINGTON, GOVERNOR OF ARIZONA, ET AL. Affirmed on appeal from D. C. Ariz. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 92–86. SIVLEY, WARDEN, ET AL. *v.* SOLER. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. 92–485. O'KEEFE, ACTING SECRETARY OF THE NAVY, ET AL. *v.* SPECTER ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Franklin* v. *Massachusetts,* 505 U. S. 788 (1992).

No. D–1152. IN RE DISBARMENT OF BACH. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1154. IN RE DISBARMENT OF LADNER. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1156. IN RE DISBARMENT OF ROBERTSON. Disbarment entered. [For earlier order herein, see 505 U. S. 1241.]

No. D–1162. IN RE DISBARMENT OF SALMEN. Disbarment entered. [For earlier order herein, see 505 U. S. 1242.]

No. D–1164. IN RE DISBARMENT OF FRASCINELLA. Disbarment entered. [For earlier order herein, see 505 U. S. 1242.]